Peiwen Chang (State Bar No. 155166)
PEIWEN CHANG, A PROFESSIONAL LAW CORPORATION
2216 S. 2nd Avenue
Arcadia, CA 91006
Phone: (626) 524-1676
Email: peiwenchangaplc@gmail.com

Attorney for Defendant YTLIFE INVESTMENT, LLC,
a California limited liability

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YTLIFE INVESTMENT, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:19-cv-01424-JGB-SP<br><br>ANSWER TO COMPLAINT |

　　　　Defendant YTLIFE INVESTMENT, LLC, a California limited liability company ("Defendant"), hereby answers the Complaint of plaintiff JAMES RUTHERFORD, an individual ("Plaintiff") as follows:

　　　　1.　　Answering Paragraph 1, Defendant does not have sufficient information to enable it to either deny or admit the allegations.

　　　　2.　　Answering Paragraph 2, Defendant admits the allegation.

　　　　3.　　Answering Paragraph 3, Defendant admits the allegation.

　　　　4.　　Answering Paragraph 4, Defendant admits the allegation.

　　　　5.　　Answering Paragraph 5, Defendant admits the allegation.

　　　　6.　　Answering Paragraph 6, Defendant denies the allegations.

　　　　7.　　Answering Paragraph 7, Defendant admits the allegation.

1

8. Answering Paragraph 8, Defendant does not have sufficient information to enable it to either deny or admit the allegations.

9. Answering Paragraph 9, Defendant admits that venue is proper but denies the other allegations.

10. Answering Paragraph 10, Defendant does not have sufficient information to enable it to either deny or admit the allegations.

11. Answering Paragraph 11, Defendant admits the allegations.

12. Answering Paragraph 12, Defendant admits the allegations.

13. Answering Paragraph 13, Defendant, based on information and belief, denies the allegations.

14. Answering Paragraph 14, Defendant, based on information and belief, denies the allegations.

15. Answering Paragraph 15, Defendant, based on information and belief, denies the allegations.

16. Answering Paragraph 16, Defendant, based on information and belief, denies the allegations.

17. Answering Paragraph 17, Defendant denies the allegations.

18. Answering Paragraph 18, Defendant denies the allegations.

19. Answering Paragraph 19, Defendant does not have sufficient information to either deny or admit the allegations.

20. Answering Paragraph 20, Defendant does not have sufficient information to either deny or admit the allegations.

21. Answering Paragraph 21, Defendant does not have sufficient information to either deny or admit the allegations.

22. Answering Paragraph 22, Defendant does not have sufficient information to either deny or admit the allegations.

ANSWER TO COMPLAINT

23. Answering Paragraph 23, Defendant does not have sufficient information to either deny or admit the allegations.

24. Answering Paragraph 24, Defendant does not have sufficient information to either deny or admit the allegations.

25. Answering Paragraph 25, Defendant does not have sufficient information to either deny or admit the allegations.

26. Answering Paragraph 26, Defendant does not have sufficient information to either deny or admit the allegations.

27. Answering Paragraph 27, Defendant does not have sufficient information to either deny or admit the allegations.

28. Answering Paragraph 28, Defendant does not have sufficient information to either deny or admit the allegations.

29. Answering Paragraph 29, Defendant, based on information and belief, denies the allegations.

30. Answering Paragraph 30, Defendant, based on information and belief, denies the allegations.

31. Answering Paragraph 31, Defendant, based on information and belief, denies the allegations.

32. Answering Paragraph 32, Defendant, based on information and belief, denies the allegations.

33. Answering Paragraph 33, Defendant incorporates its answers in the previous paragraphs as if fully set forth herein.

34. Answering Paragraph 34, Defendant, based on information and belief, admits the allegations.

35. Answering Paragraph 35, Defendant, based on information and belief, admits the allegations.

3

ANSWER TO COMPLAINT

36. Answering Paragraph 36, Defendant does not have sufficient information to either deny or admit the allegations.

37. Answering Paragraph 37, Defendant does not have sufficient information to either deny or admit the allegations.

38. Answering Paragraph 38, Defendant, based on information and belief, admits the allegations.

39. Answering Paragraph 39, Defendant does not have sufficient information to either deny or admit the allegations.

40. Answering Paragraph 40, Defendant incorporates its answers in the previous paragraphs as if fully set forth herein.

41. Answering Paragraph 41, Defendant denies the allegation that defendants are systematically violating the UCRA, Civil Code § 51 *et seq.*, but on information and belief admits the other allegations.

42. Answering Paragraph 42, Defendant denies the allegations.

43. Answering Paragraph 43, Defendant denies the allegations.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint does not contain sufficient and detailed facts to constitute proper notice to Defendant and any viable cause of action against Defendant.

2. Defendant reasonably relied upon professional expertise in its compliance efforts with the applicable Federal and California laws.

3. Defendant took immediate and reasonable remedial actions.

4. Any inadvertent changes in level in the parking areas of Defendant's facility were de minimus and unavoidable and do not constitute a denial of accessibility to anyone.

5. Defendant's facility is readily accessible and usable by persons with disabilities.

6. Defendant's facility has other options to provide accessibility to persons with disabilities.

**PRAYER**

Defendant YTLIFE INVESTMENT, LLC, a California limited liability prays for judgment in its favor as follows:

1. That the Complaint be dismissed with prejudice.
2. That Defendant recover costs of suit.

Dated: September 27, 2019

PEIWEN CHANG, A PROFESSIONAL LAW CORPORATION

By: /s/ Peiwen Chang
Peiwen Chang
Attorney for Defendant YTLife Investment, LLC, a California limited liability company

## PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2216 S. 2nd Avenue, Arcadia, CA 91006

On September 27, 2019, I served the foregoing document described as **ANSWER TO COMPLAINT** on the interested parties in this action addressed as follows:

Joseph R. Manning, Jr., Esq.
MANNING LAW, APC
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660

[ ] By Mail.

    I caused such envelope to be deposited in the mail at Arcadia, California. The envelope was mailed with postage thereon fully prepaid.

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Arcadia, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit.

[ ] State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ x ] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 27, 2019, at Arcadia, California.

_____
Peiwen Chang