NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Peiwen Chang (155166)
Peiwen Chang, a Professional Law Corporation
2216 S. 2nd Avenue
Arcadia, CA 91006
Phone: (626) 524-1676
Email: peiwenchangaplc@gmail.com

ATTORNEY(S) FOR: Defendant YTLife Investment, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual<br><br>Plaintiff(s),<br>v.<br>YTLIFE INVESTMENT, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>5:19-cv-01424-JGB-SP<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for defendant YTLIFE INVESTMENT, LLC, a California limited liability company, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| YTLIFE INVESTMENT, LLC, a California limited liability company | Defendant |
| JAMES RUTHERFORD, an individual | Plaintiff |

09/27/2019
Date

/s/ Peiwen Chang
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant YTLIFE INVESTMENT, LLC

CV-30 (05/13)                                   NOTICE OF INTERESTED PARTIES

## PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2216 S. 2nd Avenue, Arcadia, CA 91006

On September 27, 2019, I served the foregoing document described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** on the interested parties in this action addressed as follows:

Joseph R. Manning, Jr., Esq.
MANNING LAW, APC
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660

[ ] By Mail.

I caused such envelope to be deposited in the mail at Arcadia, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Arcadia, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit.

[ ] State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ x ] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 27, 2019, at Arcadia, California.

_____
Peiwen Chang